### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1473                  Assigned/Issued By:  J. N.

Judge Name:  SHADUR                   Designated Magistrate Judge:  KEYS

---

### FEE INFORMATION

**Amount Due:**    ☑ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee      ☐ Other _____

☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                          Receipt #: 2607537

Date Payment Rec'd: 3-12-08                Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____            ☐ Other
         *(Type of Writ)*              _____
                                        *(Type of issuance)*

1  Original and 0  copies on 3-12-08   as to DEFENDANT
                    *(Date)*

_____

_____