AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CEMENT MASONS PENSION
FUND LOCAL 502, et al.

Plaintiffs,

V.

LANAS CONSTRUCTION, INC., AN ILLINOIS
CORPORATION

Defendant.

CASE NUMBER:

ASSIGNED JUDGE: **08 C 1473**

DESIGNATED
MAGISTRATE JUDGE **JUDGE SHADUR**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)
LANAS CONSTRUCTION, INC.
c/o its registered agent, Jeffrey Lanas
452 Fairfax Lane
Grayslake, IL 60030

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald D. Schwartz
Arnold and Kadjan
19 West Jackson Blvd., Suite 300
Chicago, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of
time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**March 12, 2008**

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE JUNE 12, 2008 AT 10:00 P.M. |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: LANAS CONSTRUCTION, INC C/O ITS REGISTERED AGENT - JEFFREY LANAS AT HIS RESIDENCE - 452 FAIRFAX LANE, GRAYSLAKE, IL 60030 HE CAN BE DESCRIBED AS A M/W. 40 YEARS OF AGE, DARK BROWN HAIR + CLEAN-SHAVEN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/12/08
_____
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE202
PARK RIDGE IL 60068
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.