IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CEMENT MASONS PENSION FUND, LOCAL 502; CEMENT MASONS INSTITUTE OF CHICAGO, ILLINOIS; CEMENT MASONS SAVINGS FUND, LOCAL 502; and CEMENT MASONS APPRENTICE EDUCATION AND TRAINING FUND, LOCAL 502, | ) ) ) ) ) ) | No. 08 C 1473 |
| Plaintiffs, | ) ) | Judge Shadur |
| v. | ) ) | Magistrate Judge Keys |
| LANAS CONSTRUCTION, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:　LANAS CONSTRUCTION, INC.
　　　c/o its registered agent, Jeffrey Lanas
　　　452 Fairfax Lane
　　　Grayslake, IL 60030

**PLEASE TAKE NOTICE** that on **July 24, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Shadur, Room 2303** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

　　　　　　　　　　　　　　　　TRUSTEES OF THE CEMENT MASONS
　　　　　　　　　　　　　　　　PENSION FUND, LOCAL 502, et. al.


　　　　　　　　　　　　　　　　s/ Donald D. Schwartz
　　　　　　　　　　　　　　　　One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment in Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 18th day of July 2008, at or before the hour of 5:00 p.m.

LANAS CONSTRUCTION, INC.
c/o its registered agent, Jeffrey Lanas
452 Fairfax Lane
Grayslake, IL 60030

s/Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: July 18, 2008